```
1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  SHEILA PHILLIPS
   Assistant United States Attorney
4  Michigan State Bar No. P51656
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: Sheila.Phillips2@usdoj.gov
7  Attorneys for Plaintiff
```

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 06 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Arturo Arias-Flores,<br><br>Defendant. | No.  CR-25-00683-PHX-SPL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>(Count 2)<br><br>18 U.S.C. § 924(d);<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between March 30, 2023, through April 14, 2024, in the District of Arizona, Defendant, ARTURO ARIAS-FLORES, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT 2**

On or about April 2, 2023, in the District of Arizona, Defendant, ARTURO ARIAS-FLORES, knowingly made a false statement and representation in connection with the acquisition of a firearm to AZ Guns in Tempe, Arizona, which was intended and likely to deceive AZ Guns as to a fact material to the lawfulness of a sale of a firearm by AZ Guns, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, ARTURO ARIAS-FLORES, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, ARTURO ARIAS-FLORES, knew that he was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,
    (2) has been transferred or sold to, or deposited with, a third party,
    (3) has been placed beyond the jurisdiction of the court,
    (4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: May 6, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
SHEILA PHILLIPS
Assistant U.S. Attorney